No. 00–5653. POWELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–5661. HAYNES ET VIR v. JOHNSON. Ct. App. N. Y. Certiorari denied.

No. 00–5667. KOGER v. BOWEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–5669. SANDERS v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5694. FLOURNOY v. JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5695. HARMAN v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5714. DANIELS v. CALLAHAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–5717. JOHNSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 00–5718. MAYBERRY v. MASCHER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 00–5721. TORRES v. IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5726. DINSIO v. JOHNS ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5732. EDMONDS v. CLARKSON, JUDGE, CIRCUIT COURT OF VIRGINIA, CITY OF NORFOLK, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5740. NELSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5750. COCKROFT v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.